IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JERRY MOORE, SR.,

Plaintiff,

v.

AUTOZONE, INC.,

Defendant.

Case No. 22-cv-1434 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 5/15/2023      MONICA A. STUMP, Clerk of Court

                                           *s/Tina Gray, Deputy Clerk*

**Approved:**   *s/J. Phil Gilbert*
                     **J. PHIL GILBERT**
                     **DISTRICT JUDGE**